**Christopher RICHARDS,**
**Plaintiff–Appellant,**

v.

**William MUSE, Chairman; Harold W.**
**Clarke, Director, Defendants–**
**Appellees.**

No. 15–6404.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2015.

Decided: Aug. 12, 2015.

Christopher Richards, Appellant Pro Se. James Milburn Isaacs, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Richards appeals the district court's order granting Defendants summary judgment in Richards' 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Specifically, we observe that Richards' claims with respect to the application of Virginia's three-strikes provision are time-barred, and that he has failed to sufficiently allege any related equal protection claims in his complaint. Accordingly, we affirm the district court's judgment. *See Richards v. Muse,* No. 1:13–cv–01472–CMH–JFA, 2015 WL 853886 (E.D.Va. Feb. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*